| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Deborah L Joseph**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1257<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–30428–JNP | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Deborah L Joseph

<u>5/6/21</u>   **By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-30428-JNP |
| Deborah L Joseph | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: May 06, 2021 | Form ID: 3180W | Total Noticed: 83 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah L Joseph, 108 West Park Ave, Somerdale, NJ 08083-1526 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 516464850 | # | Admin Recovery LLC, 45 Earhart Drive Ste 102, Buffalo, NY 14221-7809 |
| 516464851 | | America Coradius International LLC, 2420 Sweet Home Rd Ste 150, Buffalo, NY 14228-2244 |
| 516464856 | | Bank of America, NA, Po Box 15227, Wilmington, DE 19886-5227 |
| 516464857 | + | Borough of Somerdale, 105 Kennedy Blvd, Somerdale, NJ 08083-1018 |
| 516464859 | | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 516464875 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| 516508701 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 516651802 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516464868 | | Dr Bell, 800 NJ-73, Marlton, NJ 08053 |
| 516464869 | | Evesham Veterinary Clinic, 800 Route 73 South, Marlton, NJ 08053-9649 |
| 516464871 | | FMS Inc, Po Box 707600, Tulsa, OK 74170-7600 |
| 516464872 | + | GC Services Limited Partnership, Po Box 3855, Houston, TX 77253-3855 |
| 516464874 | + | Hayt, Hayt and Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 516464878 | + | LDC Collection Systems, PO Box 4775, Trenton, NJ 08650-4775 |
| 516464879 | + | Lyons, Doughty, & Veldhuis PC, 136 Gaither Drive Ste 100, Po Box 1269, Mount Laurel, NJ 08054-7269 |
| 516464886 | + | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 516464881 | | Merchants & Medical Credit Corporation, 6324 Taylor Drive, Flint, MI 48507-4685 |
| 516464885 | + | Mount Laurel Animal Hospital, 220 Mount Laurel Road, Mount Laurel, NJ 08054-9568 |
| 516483496 | + | Nelnet on behalf of College Assist, PO Box 16358, St Paul, MN 55116-0358 |
| 518614200 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518614201 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516464889 | + | Northland Group Inc, PO Box 390905, Minneapolis, MN 55439-0905 |
| 516464891 | + | Police & Fire Federal Credit Union, 901 arch Street, Philadelphia, PA 19107-2495 |
| 516464893 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516464894 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, N.J. Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518728438 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2021 20:46:00 | United States Trustee, Office of the United States |

Case 16-30428-JNP    Doc 51    Filed 05/08/21    Entered 05/09/21 00:32:09    Desc Imaged
                              Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 3180W | Total Noticed: 83 |

| | | | |
|---|---|---|---|
| | | | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516514944 | EDI: HNDA.COM | May 07 2021 00:28:00 | American Honda Finance Corporation, PO Box 168088, Irving, TX 75016-8088 |
| 516464855 | EDI: ARSN.COM | May 07 2021 00:28:00 | ARS National Services Inc, PO Box 469046, Escondido, CA 92046-9046 |
| 516464852 | EDI: AMEREXPR.COM | May 07 2021 00:28:00 | American Express, Po Box 981535, El Paso, TX 79998-1535 |
| 516647887 | EDI: BECKLEE.COM | May 07 2021 00:18:00 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516464853 | + EDI: HNDA.COM | May 07 2021 00:28:00 | American Honda Fiannce, 200 Continental Dr 301, Newark, DE 19713-4336 |
| 516464854 | + EDI: HNDA.COM | May 07 2021 00:28:00 | American Honda Finance, 200 Continental Dr 301, Newark, DE 19713-4336 |
| 516483503 | EDI: AIS.COM | May 07 2021 00:28:00 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 516464858 | + EDI: CAPITALONE.COM | May 07 2021 00:28:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516514020 | EDI: CAPITALONE.COM | May 07 2021 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516590592 | EDI: BL-BECKET.COM | May 07 2021 00:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516464860 | EDI: CITICORP.COM | May 07 2021 00:28:00 | Citi Cards CBNA, PO Box 6241, Ibs Cdv Disputes, Sioux Falls, SD 57117-6241 |
| 516464861 | + Email/Text: mediamanagers@clientservices.com | May 06 2021 20:45:00 | Client Services Inc, 3451 Harry S Trumen Blvd, Saint Charles, MO 63301-9816 |
| 516464862 | + EDI: WFNNB.COM | May 07 2021 00:28:00 | Comenity Bank-Pier 1 Imports, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 516464863 | + EDI: WFNNB.COM | May 07 2021 00:28:00 | Comenity Bank-Victoria's Secret, Bankruptcy Department, PO Box 182 125, Columbus, OH 43218-2125 |
| 516464864 | + EDI: WFNNB.COM | May 07 2021 00:28:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 516464865 | + EDI: WFNNB.COM | May 07 2021 00:28:00 | Comenity Capital Bank, c/o Pay Pal Credit, Po Box 5138, Lutherville Timonium, MD 21094-5138 |
| 516661380 | + EDI: WFNNB.COM | May 07 2021 00:28:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516464880 | EDI: CITICORP.COM | May 07 2021 00:28:00 | Macy's, Bankruptcy Processing, PO Box 8218, Mason, OH 45040 |
| 516464866 | EDI: DISCOVER.COM | May 07 2021 00:28:00 | Discover Bank, Po Box 30421, Salt Lake City, UT 84130-0421 |
| 516479256 | EDI: DISCOVER.COM | May 07 2021 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516464870 | Email/Text: data_processing@fin-rec.com | May 06 2021 20:46:00 | Financial Recovery Services Inc, Po Box 385908, Minneapolis, MN 55438-5908 |
| 516464873 | + EDI: BLUESTEM | May 07 2021 00:28:00 | Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 516464876 | EDI: IIC9.COM | May 07 2021 00:28:00 | IC Systems, 444 Highway 96 E, Saint Paul, MN 55127-2557 |

Case 16-30428-JNP    Doc 51    Filed 05/08/21    Entered 05/09/21 00:32:09    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 3180W | Total Noticed: 83 |

| | | | | |
|---|---|---|---|---|
| 516464877 | | EDI: IRS.COM | May 07 2021 00:28:00 | Internal Revenue Service, Bankruptcy Dept, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516613404 | | EDI: JEFFERSONCAP.COM | May 07 2021 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516580618 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2021 22:17:42 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516614254 | + | EDI: MID8.COM | May 07 2021 00:28:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516464882 | | EDI: MID8.COM | May 07 2021 00:28:00 | Midland Credit Management Inc, PO Box 60578, Los Angeles, CA 90060-0578 |
| 516464883 | + | EDI: MID8.COM | May 07 2021 00:28:00 | Midland Funding LLC, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 516464887 | + | Email/Text: electronicbkydocs@nelnet.net | May 06 2021 20:46:00 | Nelnet, 3015 S Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 516464888 | + | Email/Text: bnc@nordstrom.com | May 06 2021 20:45:03 | Nordstrom/TD Bank USA, Po Box 13589, Scottsdale, AZ 85267-3589 |
| 516464892 | | EDI: PRA.COM | May 07 2021 00:28:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 516657211 | | EDI: PRA.COM | May 07 2021 00:28:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 516657213 | | EDI: PRA.COM | May 07 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 516663863 | | EDI: PRA.COM | May 07 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516654921 | | EDI: PRA.COM | May 07 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Home Shopping Network, POB 41067, Norfolk VA 23541 |
| 516657216 | | EDI: PRA.COM | May 07 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516464890 | | EDI: RMSC.COM | May 07 2021 00:18:00 | PayPal Credit Services, PO Box 960080, Orlando, FL 32896-0080 |
| 516529261 | | EDI: Q3G.COM | May 07 2021 00:28:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518056445 | + | Email/Text: bncmail@w-legal.com | May 06 2021 20:46:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518056444 | + | Email/Text: bncmail@w-legal.com | May 06 2021 20:46:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516666893 | + | EDI: RMSC.COM | May 07 2021 00:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516464895 | | EDI: RMSC.COM | May 07 2021 00:18:00 | Synchrony Bank/CareCredit, Po Box 965033, Orlando, FL 32896-5033 |
| 516464896 | + | EDI: RMSC.COM | May 07 2021 00:18:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 516464897 | + | EDI: RMSC.COM | May 07 2021 00:18:00 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 516464898 | | EDI: AISTMBL.COM | May 07 2021 00:18:00 | T-Mobile USA, P.O.Box 742596, Cincinnati, OH |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 516661770 | + | Email/Text: bncmail@w-legal.com | May 06 2021 20:46:00 | 45274<br>TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516464899 | + | EDI: WTRRNBANK.COM | May 07 2021 00:28:00 | TD Bank USA/Target Credit, 3701 Wayzata Blvd #MS6C, Minneapolis, MN 55416-3440 |
| 516635797 | | EDI: BANKAMER.COM | May 07 2021 00:18:00 | The Bank of New York Mellon fka The Bank, PO Box 31785, Tampa, FL 33631-3785 |
| 516464900 | + | EDI: WFFC.COM | May 07 2021 00:28:00 | WFFNB/Raymour & Fanigan, 800 Walnut St, Des Moines, IA 50309-3605 |
| 516568224 | | EDI: WFFC.COM | May 07 2021 00:28:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 517374289 | | EDI: ECAST.COM | May 07 2021 00:28:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517374290 | | EDI: ECAST.COM | May 07 2021 00:28:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516464867 | | Ditech Financial LLC, f/k/a Greentree |
| 516630881 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| 518728439 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516464884 | ##+ | Monarch Recovery Inc, 10965 Decatur Road, Philadelphia, PA 19154-3210 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 5 of 5
Date Rcvd: May 06, 2021 | Form ID: 3180W | Total Noticed: 83

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Debtor Deborah L Joseph k_wilsonlaw@comcast.net  courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com

Sean M. O'Brien
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-E DMcDonough@flwlaw.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

TOTAL: 9